# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DONELLE PARKER, <br><br> Defendant. | Case No. CR-15-02-GF-BMM-JTJ <br><br><br> ORDER |

Defendant Donelle Parker, having filed an Unopposed Motion to Dismiss Petition and Vacate Hearing;

IT IS HEREBY ORDERED that the Supervised Release Violation Petition (Docket 141) in this matter is hereby DISMISSED;

IT IS FURTHER HEREBY ORDERED that the Revocation Hearing currently scheduled for Tuesday, December 12, 2017, at 2:00 p.m. is VACATED.

DATED this 11th day of December, 2017.

_____
Brian Morris
United States District Court Judge