IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-15-02-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DONELLE PARKER, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 5, 2018. (Doc. 177). Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 5, 2018. The United States alleged that Defendant Parker violated the conditions of her supervised release by using methamphetamine. (Doc. 177 at 2). Parker admitted to the violation. *Id.* The violation proves serious and warrants revocation of Parker's supervised release.

1

Judge Johnston has recommended that the Court revoke Parker's supervised release and commit Parker to the custody of the Bureau of Prisons for time served (Doc. 177 at 3). Judge Johnston further has recommended that supervised release follow her custody period until June 30, 2019. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Parker's violation represents a serious breach of the Court's trust. A sentence custody of time served is sufficient, but not greater than necessary. The court deems it appropriate, however, to impose supervised release until June 30, 2019.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 177) are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Donelle Parker receive a custody sentence for time served, followed by supervised release until June 20, 2019.

DATED this 18th day of October, 2018.

Brian Morris
United States District Court Judge